```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
      COOKEVILLE DIVISION
```

EDDIE JUDKINS,              )
                            )
        Plaintiff           )
                            )      No. 2:14-0058
v.                          )      Judge Sharp/Brown
                            )      **Jury Demand**
JOHNNY BATES, M.D. and      )
WHITE COUNTY, TENNESSEE,    )
                            )
        Defendants          )

### **O R D E R**

The United States Marshals Service returned the summons to the Defendant Bates as executed on July 7, 2014 (Docket Entry 9). The summons was sent by certified mail and signed for by Jane Bennett at the White County Courthouse.

Defendant White County shall provide an affidavit from Jane Bennett, if she is an employee of White County, as to what she did with the certified mail she signed for on July 7, 2014. Counsel will also provide, under seal to the Court, the mailing address for Defendant Bates. Upon receipt of the mailing address, the **Clerk** is directed to issue a new summons for Dr. Bates and deliver the summons to the United States Marshals Service for service.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge