EDDIE JUDKINS,                          )
                                        )
      Plaintiff,                   )
                                        )
         v.                  )   NO.  2:14-cv-0058
                                        )
JOHNNY BATES, et al.,                   )   Magistrate Judge Brown
                                        )
      Defendants.                  )

## O R D E R

      Counsel for the Defendant White County has provided UNDER SEAL the last known mailing address for Defendant Johnny Bates (Docket Entry 15). The Clerk is DIRECTED to issue UNDER SEAL a summons for Defendant Bates at the address provided and forward to the Marshals Service to attempt service of process.

      It is so **ORDERED**.


                 /S/ Joe B. Brown
                 JOE B. BROWN
                 United States Magistrate Judge