IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDDIE JUDKINS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 2:14-cv-0058 |
| | ) | Judge Kevin H. Sharp |
| | ) | Magistrate Judge Joe B. Brown |
| JOHNNY BATES, M.D., and | ) | |
| WHITE COUNTY, | ) | |
|     Defendant. | ) | Jury Demand |

___

### WHITE COUNTY'S MOTION TO FILE DOCUMENTS UNDER SEAL
___

Defendant White County respectfully moves this Honorable Court for permission to file the affidavit of Oddie Shoupe under seal. Some of the attachments to Sheriff Shoupe's affidavit contain Mr. Judkins's confidential medical information. Thus, White County requests leave to file this affidavit under seal.

        Respectfully submitted,

        **ORTALE, KELLEY, HERBERT & CRAWFORD**

        /s/ Michael T. Schmitt
        **MICHAEL T. SCHMITT (#026573)**
        Attorney for Defendants
        330 Commerce Street, Suite 101
        P.O. Box 198985
        Nashville, TN  37201
        (615) 256-9999
        (615) 726-1494
        mschmitt@ortalekelley.com

## CERTIFICATE OF SERVICE

I do hereby certify that on September 11, 2015, a true and correct copy of the foregoing was served upon the following via electronic mail through the Court's ECF system:

Robert M. Burns
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
rburns@howell-fisher.com
(615) 244-3370
*Attorney for Defendant, Johnny Bates, M.D.*

and on Pro Se Plaintiff via U.S. Certified Mail, return receipt requested, to:

Mr. Eddie Judkins, #445981
Northwest Correctional Complex
960 State Route 212
Tiptonville, TN 38079

/s/ Michael T. Schmitt
MICHAEL T. SCHMITT